IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PATRICE KERR,

   Appellant,

v.

JULIE L. JONES, Secretary,
Department of Corrections,

   Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-2325

Opinion filed January 16, 2015.

An appeal from the Circuit Court for Taylor County.
Gregory S. Parker, Judge.

Patrice Kerr, pro se, Appellant.

Beverly Brewster, Department of Corrections, Tallahassee, for Appellee.

PER CURIAM.

   AFFIRMED.

RAY, MAKAR, and BILBREY, JJ., CONCUR.